Edward E. LANDERS, Plaintiff-Appellee,

v.

Dr. Allen L. AULT, Etc., et al.,
Defendants-Appellants.

Robert H. VEAL, Plaintiff-Appellee,

v.

Dr. Allen L. AULT, Etc., et al.,
Defendants-Appellant.

Hugh Don SMITH, Plaintiff-Appellee,

v.

George SCHEER, Defendant-Appellant.

No. 77-3181.

United States Court of Appeals,
Fifth Circuit.

Feb. 28, 1978.

Edward E. Landers, pro se.

Robert H. Veal, pro se.

Hugh Don Smith, pro se.

Before JONES, GODBOLD and GEE, Circuit Judges.

PER CURIAM:

These consolidated cases are companion cases to *Allen v. Ault*, 564 F.2d 1198 (1977) and are controlled by it.

In each of these cases, as in *Allen v. Ault*, the motion for new trial was timely *served* but was not *filed* within the ten-day requirement of Rule 59(b).

In each case the order of dismissal is REVERSED and the cause REMANDED for a determination whether the filing of the motion was timely within Rule 5(d), F.R.Civ.P.

John Q. ADAMS et al., Individually and as representatives of and on behalf of all other persons similarly situated hereinafter referred to as "class members", Plaintiffs-Appellants,

v.

Lamar R. SMITH, in his official capacity as Tax Commissioner of Douglas County, Georgia, et al., Defendants-Appellees.

No. 76-3052.

United States Court of Appeals,
Fifth Circuit.

March 2, 1978.

G. Michael Hartley, Douglasville, Ga., for plaintiffs-appellants.

Wm. C. Tinsley, II, Douglasville, Ga., for Douglas Co.

Arthur K. Bolton, Atty. Gen., R. Douglas Lackey, H. Perry Michael, Asst. Attys. Gen., Robert S. Stubbs, II, Chief Deputy Atty. Gen., Richard L. Chambers, Deputy Atty. Gen., Gerald W. Bowling, Asst. Atty. Gen., Atlanta, Ga., for defendants-appellees.

Before GOLDBERG, GODBOLD, and SIMPSON, Circuit Judges.

PER CURIAM:

Appellants contend that Georgia law does not provide a "plain, speedy, and efficient" remedy in state court pursuant to 28 U.S.C. § 1341 for challenging their property tax assessments, and that the district court therefore should not have dismissed their suit for lack of subject matter jurisdiction. We disagree and affirm the district court's dismissal of this suit on the basis of Judge Hill's well-reasoned opinion reported at 415 F.Supp. 787 (D.C.Ga.1976).

AFFIRMED.